# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **PABLO ADRIAN GUAMAN-TOBAY,** § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | |
| § | |
| **KRISTI NOEM, IN HER OFFICIAL** § | |
| **CAPACITY, SECRETARY, U.S.** § | |
| **DEPARTMENT OF HOMELAND** § | No. 3:26-CV-00224-LS |
| **SECURITY; PAMELA BONDI, IN** § | |
| **HER OFFICIAL CAPACITY, U.S.** § | |
| **ATTORNEY GENERAL; TODD** § | |
| **LYONS, IN HIS OFFICIAL** § | |
| **CAPACITY, ACTING DIRECTOR,** § | |
| **IMMIGRATION AND CUSTOMS** § | |
| **ENFORCEMENT; MARY DE ANDA** § | |
| **YBARRA, IN HER OFFICIAL** § | |
| **CAPACITY ICE FIELD OFFICE** § | |
| **DIRECTOR DETENTION AND** § | |
| **REMOVAL; and WARDEN ERO EL** § | |
| **PASO CAMP EAST MONTANA,** § | |
| § | |
| *Respondents*. § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner Pablo Adrian Guaman-Tobay's voluntary motion to dismiss his petition for writ of habeas corpus,[1] the Court grants the motion [ECF No. 4] and dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 4.

**SIGNED** and **ENTERED** on February 17, 2026.

<br>

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**